McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00061-JLT |
| Plaintiff, | |
| v. | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |
| LUIS E. PERALTA, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice.

DATED: March 20, 2020         Respectfully submitted,

                                                McGREGOR W. SCOTT
                                              United States Attorney

                                  By:   /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice.

Dated: 3/23/2020

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge